AGWILINES, Inc., as Owner of the S. S. "NORFOLK," Libellant-Appellee, v. Steamtug THE "BRIDGETON," The Central Railroad Company of New Jersey, Claimant-Appellant.

CENTRAL RAILROAD COMPANY OF NEW JERSEY, as Owner of THE "C. R. R. OF N. J. CARFLOAT NO. 50," Libellant-Appellant, v. S. S. THE "NORFOLK," Agwilines, Inc., Claimant-Appellee.

Nos. 59, 60.

Circuit Court of Appeals, Second Circuit.

Oct. 30, 1939.

Macklin, Brown, Lenahan & Speer, of New York City (Leo F. Hanan, of New York City, of counsel), for appellant.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark and Adrian J. O'Kane, both of New York City, of counsel), for appellee.

Before SWAN, CHASE, and PATTERSON, Circuit Judges.

PER CURIAM.

Decrees affirmed.

MASSACHUSETTS BROADCASTING CORPORATION, Appellant, v. FEDERAL COMMUNICATIONS COMMISSION (THE NORTHERN CORPORATION, licensee of Station WMEX, Boston, Massachusetts, Intervener).

No. 7252.

United States Court of Appeals for the

District of Columbia.

Decided October 23, 1939.

Ben S. Fisher, of Washington, D. C., for appellant.

Hampson Gary, William H. Bauer, Fanney Neyman, William J. Dempsey, and Andrew G. Haley, all of Washington, D. C., all of the Federal Communications Commission, for appellee.

Arthur W. Scharfeld, Philip G. Loucks, Joseph F. Zias, and J. P. Tumulty, all of Washington, D. C., for intervener.

Before GRONER, Chief Justice, and STEPHENS and MILLER, Associate Justices.

PER CURIAM.

This is a companion case to No. 7250, Yankee Network, Inc. v. Federal Communications Commission, recently decided by this court.[1] It arose out of the same proceeding, and was argued and submitted on the same record. The only substantial difference between the present case and No. 7250 is that the assignment of reasons for appeal is even less adequate to show an appealable interest than in No. 7250. Consequently, our decision will be the same.

Appeal dismissed.

AMAZON KNITTING COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8279.

Circuit Court of Appeals, Sixth Circuit.

Nov. 7, 1939.

Kixmiller, Baar & Morris, of Chicago, Ill., for the petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., for respondent.

Before HICKS, SIMONS, and ARANT, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed pursuant to stipulation of the parties heretofore filed.

---

[1] 107 F.2d 212, decided August 14, 1939.